UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 3:25-cr-0130-M |
| | § | |
| ABDUL HAQ KHAN | § | |
| a/k/a Fazal Haq Khan | § | |
| a/k/a Abdul Amiri, | § | |
| | § | |
| *Defendant*. | § | |

**SCHEDULING ORDER FOR SENTENCING**

The Court adopts the following schedule for sentencing in this case:

1. Sentencing will be on **Tuesday, March 30, 2027, at 11:00 a.m.**

2. The presentence report ("PSR") must be disclosed to the Court, defendant, defendant's counsel, and the attorney for the government by or before **February 9, 2027**.

3. Any objection to or adoption of the PSR findings and conclusions must be made in writing and electronically filed no later than **February 23, 2027**. Objections must identify the specific paragraph or part of the paragraph in the PSR to which objection is being made.

4. If objections affecting the advisory guidelines range are made by either party, the opposing party must electronically file a written response to the objections no later than **March 2, 2027**.

5. If written objections to the PSR have been timely made, the Probation Office must disclose any revision or addendum to the PSR no later than **March 9, 2027**.

6. Any written objections to the PSR addendum must be made in writing and electronically filed no later than **March 16, 2027**. Objections must identify the specific paragraph or part of the PSR addendum to which objection is being made.

7. Any motions regarding departures or variances from the advisory guidelines range must be electronically filed by **March 16, 2027**. If any motions regarding

departures or variances from the advisory guidelines range are filed, the opposing party must file a written response by **March 23, 2027**.

8. Any other written materials, such as character letters, other supporting letters, and sentencing memoranda, must be electronically filed by **March 23, 2027**.

9. Unless specifically stated otherwise, any order continuing the sentencing in this case automatically extends the associated sentencing deadlines identified herein.

10. In any case in which 18 U.S.C. §§ 3663–64 apply, counsel for the government shall provide to the Probation Office, no later than 5 government business days from the date of this Order, all information necessary for the officer to comply with crime-victim restitution requirements.

11. If, during the PSR investigation, it is determined that Texas Juvenile Justice Division (TJJD) records are needed, the Court orders the TJJD to release these records to the Probation Officer assigned to prepare the PSR, acting in the performance of the officer's official duties pursuant to Federal Rule of Criminal Procedure 32. The specific records that are to be released include documents pertaining to the defendant's social history, court disposition records, substance abuse treatment records, psychological evaluations, other mental health treatment records, educational records, general health records, adjustment while incarcerated records, and release dates from the TJJD.

**IT IS SO ORDERED** this 19th day of November, 2026.

Kasdin M. Mitchell

KASDIN M. MITCHELL
UNITED STATES DISTRICT JUDGE