U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 18 2026
CLERK, U.S. DISTRICT COURT
By ________ Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 3:25-cr-0130-M |
| | § | |
| ABDUL HAQ KHAN<br>a/k/a Fazal Haq Khan<br>a/k/a Abdul Amiri, | § | |
| | § | |
| *Defendant*. | § | |

**VERDICT OF THE JURY**

COUNT ONE

We, the Jury, find the defendant, Abdul Haq Khan:

GUILTY as to Count One of the Indictment.
"Guilty" or "Not Guilty"

FOREPERSON 11/18/2026 DATE